Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−13055−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jonathan H. Erving
   2684 Spruce Drive
   Manchester Township, NJ 08759

Social Security No.:
   xxx−xx−6771

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/29/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 29, 2022
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:    Case No. 22-13055-MBK

Jonathan H. Erving    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 5
Date Rcvd: Jun 29, 2022    Form ID: 148    Total Noticed: 105

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | #+ | Jonathan H. Erving, 2684 Spruce Drive, Manchester Township, NJ 08759-4606 |
| cr | + | Pro Cap 8, LLC by its Custodian US Bank, Pro Capital Management II LLC, 2500 McClellan Blvd, Suite 200, Pennsauken, NJ 08109, UNITED STATES 08109-4613 |
| cr | + | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519557015 | + | 866 R20, Llc, 402 Route 35, Keyport, NJ 07735-5044 |
| 519557019 | | Allied Digestive Health, PO Box 11578, Newark, NJ 07101-4578 |
| 519557021 | | Anoop Porwal MD, PO Box 1844, Toms River, NJ 08754-1844 |
| 519557026 | + | Bank of America, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519557027 | | Barnabas Health Medical Group, PO Box 826504, Philadelphia, PA 19182-6404 |
| 519557028 | + | Barron Emergency Phusicians, P.O. Box 7418, Philadelphia, PA 19101-7418 |
| 519557038 | ++++ | COASTAL IMAGING LLC, PO BOX 4238, PORTSMOUTH NH 03802-4238 address filed with court:, Coastal Imaging LLC, PO Box 6750, Portsmouth, NH 03802-6750 |
| 519557033 | + | Cardiology Assoc. of Ocean County, 495 Jack Martin Blvd., Suite 2, Brick, NJ 08724-7768 |
| 519557034 | + | Cardiology Center of NJ LLC, 32 Chelsea Dr., Livingston, NJ 07039-3420 |
| 519557037 | + | Chrebet Associates, LLC, 3514 US Highway 9, Howell, NJ 07731-3345 |
| 519557039 | | Coastal Urology Associates, P.A., 446 Jack Martin Blvd., Brick, NJ 08724-7733 |
| 519557040 | | Community Emerg Med Assoc, LLC, PO Box 80237, Philadelphia, PA 19101-1237 |
| 519557042 | | Comsti Deperio Pineda & Assoc LLC, D/B/A Physicians for Adults, 681 Rte. 70, Lakehurst, NJ 08733-2853 |
| 519557048 | + | Davita, 15271 Laguna Canyon Rd., Irvine, CA 92618-3146 |
| 519557050 | | Dr. David S. Kleinman MD, 40 Bey Lea Drive, Ste. 103B, Toms River, NJ 08753-2900 |
| 519557051 | + | Dr. Shivendra Pandey MD, 2640 Hwy 70, Ste. 101B, Manasquan, NJ 08736-2610 |
| 519557052 | | EKG Interpretation Group, PO Box 512619, Philadelphia, PA 19175-2619 |
| 519557055 | + | Franklin J. Frasco MD, 2051 Hwy 35, Belmar, NJ 07719-3539 |
| 519557057 | + | Gem Rec Sys, 1001 Mcbride Ave, Little Falls, NJ 07424-2534 |
| 519557058 | + | Gem Recovery Systems, 1001 Mcbride Ave, Little Falls, NJ 07424-2534 |
| 519557059 | + | Gem Recovery Systems, P.O. Box 85, Emerson, NJ 07630-0085 |
| 519643656 | + | HACKENSACK MEDICAL CENTER, CERTIFIED CREDTI & COLLECTION, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519557061 | + | Howard Leitner & Perlmutter Urologic Ass, 2401 Hwy 35, Manasquan, NJ 08736-1193 |
| 519557062 | + | ID Associates PA, 105 Raider Blvd., Suite 101, Hillsborough, NJ 08844-1528 |
| 519557063 | + | ID Care, PA, 105 Raider Blvd, Suite 101, Hillsborough, NJ 08844-1528 |
| 519557064 | | Imaging Consultants of Essex, PO Box 1733, Frederick, MD 21702-0733 |
| 519557065 | + | Imaging Consultants of Essex, PO Box 3247, Indianapolis, IN 46206-3247 |
| 519557066 | + | Intensive At Toms River, 66 West Gilbert St., Red Bank, NJ 07701-4947 |
| 519557068 | | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 519557069 | + | Jersey Shore Anesthesia Associates, P.O. Box 307, Neptune, NJ 07754-0307 |
| 519557070 | + | Jersey Shore University Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 519557071 | | Livingston Pathology Associates, 520 E 22nd St, Lombard, IL 60148-6110 |
| 519557072 | + | Manchester Twp. Dept. of Utilities, 1 Colonial Drive, Manchester Township, NJ 08759-6598 |

Case 22-13055-MBK    Doc 19    Filed 07/01/22    Entered 07/02/22 00:13:38    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: 148 | Total Noticed: 105 |

| | | |
|---|---|---|
| 519557073 | | Meridian Cardiovascular Interp, PO Box 416787, Boston, MA 02241-6787 |
| 519557074 | | Meridian Laboratory Phusicians PA (JSU), PO Box 60280, North Charleston, SC 29419-0280 |
| 519557075 | | Meridian Med Grp, PO Box 416693, Boston, MA 02241-6693 |
| 519557076 | + | Monmouth Ocean Hospital Service Corp, 4806 Megill Road, Suite 3, Neptune, NJ 07753-6926 |
| 519557077 | + | Monoc, 4806 Megill Road, Neptune, NJ 07753-6926 |
| 519557078 | + | Myriad Emergency Phys LLC, PO Box 80137, Philadelphia, PA 19101-1137 |
| 519557082 | + | NJ Natural Gas, 1415 Wycoff Road, PO Box 1464, Belmar, NJ 07719-1464 |
| 519633764 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, NJ 07095-5042 |
| 519557079 | + | New Jersey Turnpike Authority, NJ E-Z Pass Violations Processing Center, PO Bo 52005, Newark, NJ 07101-8205 |
| 519557080 | | New Jersey Urology, CL#4480, PO Box 95000, Philadelphia, PA 19195-4480 |
| 519557084 | | Ocean Medical Center, PO Box 650292, Dallas, TX 75265-0292 |
| 519557085 | | Ocean Physicians LLC, 601 Rte. 37 West, Ste. 104, Toms River, NJ 08755-8050 |
| 519557086 | + | Ocean Renal Associates, 210 Jack Martin Blvd, Ste. D-1, Brick, NJ 08724-3063 |
| 519557089 | | PAM, LLC NJ Ez-Pass, PO Box 1642, Milwaukee, WI 53201-1642 |
| 519557090 | + | Professional Assoc. of Jackson, 2105 W county Line Rd, STE 4, Jackson, NJ 08527-2301 |
| 519557091 | + | Progressive Garden State Insurance Co., Payment Processing Center - 27, PO Box 55126, Boston, MA 02205-5126 |
| 519557092 | | Qualitas Pharmacy Services, PO Box 28267, New York, NY 10087-8267 |
| 519643657 | + | SBMC MULTI SPECIALTY NEPHRO, CERTIFIED CREDIT & COLLECTION, PO BOX 1750, WHITE STATION, NJ 08889-1750 |
| 519557099 | | SBMC Provider Services, PO Box 21489, New York, NY 10087-1489 |
| 519557103 | | St Barnabas Emerg Med Ass, LLC, PO Box 80244, Philadelphia, PA 19101-1244 |
| 519557104 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 519557105 | | The Rothman Institute, PO Box 757910, Philadelphia, PA 19175-7910 |
| 519645399 | + | U.S. Bank Trust National Association,, c/o Selene Finance LP, Attn: BK Dept., 3501 Olympus Blvd,, Dallas, TX 75019-6156 |
| 519640726 | + | US Bank Cust/Pro Cap8, c/o Pro Capital Management II, LLC, 2500 McClellan Ave, Suite 200, Pennsauken, NJ 08109-4613 |
| 519557107 | | University Radiology Group PC, PO Box 1075, East Brunswick, NJ 08816-1075 |

TOTAL: 61

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 29 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 29 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519557017 | + | Email/Text: kmorgan@morganlaw.com | Jun 29 2022 20:42:00 | ABC Bail Bonds, c/o Morgan, Bornstein & Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 519557016 | + | Email/Text: bruder@abcbail.com | Jun 29 2022 20:42:00 | ABC Bail Bonds, 215 West Bridge Street, Morrisville, PA 19067-7118 |
| 519557018 | + | EDI: CAPIO.COM | Jun 30 2022 00:38:00 | AC AssetCare, 2222 Texoma Pkwy, Ste. 180, Sherman, TX 75090-2484 |
| 519557022 | | Email/Text: collectors@arresourcesinc.com | Jun 29 2022 20:41:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 519557023 | | Email/Text: collectors@arresourcesinc.com | Jun 29 2022 20:41:00 | AR Resources, Inc., Pob 1056, Blue Bell, PA 19422 |
| 519557020 | ^ | MEBN | Jun 29 2022 20:42:04 | American Anesthesiology of NJ PC, PO Box 88087, Chicago, IL 60680-1087 |
| 519557024 | + | Email/Text: billing@assa-nj.com | Jun 29 2022 20:42:00 | Atlantic Shore Surgical Assoc., 478 Brick Blvd., Brick, NJ 08723-6077 |
| 519557029 | ^ | MEBN | Jun 29 2022 20:42:01 | BCA Financial Services Inc., 18001 Old Cutler Rd., Ste. 462, Miami, FL 33157-6437 |
| 519557025 | + | EDI: BANKAMER.COM | Jun 30 2022 00:38:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519557035 | | EDI: CCS.COM | Jun 30 2022 00:38:00 | CCS, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |

| District/off: 0312-3 | User: admin | | Page 3 of 5 |
|---|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: 148 | | Total Noticed: 105 |

| | | | | |
|---|---|---|---|---|
| 519557031 | + | Email/Text: bankruptcy@usecapital.com | Jun 29 2022 20:42:00 | Capital Accounts, Attn: Bankruptcy, Po Box 140065, Nashville, TN 37214-0065 |
| 519557032 | + | Email/Text: bankruptcy@usecapital.com | Jun 29 2022 20:42:00 | Capital Accounts, Po Box 140065, Nashville, TN 37214-0065 |
| 519557036 | + | Email/Text: bankruptcy@certifiedcollection.com | Jun 29 2022 20:41:00 | Certified Credit & Collection, P.O. Box 1750, Whitehouse Station, NJ 08889-1750 |
| 519557041 | | Email/Text: ebn@rwjbh.org | Jun 29 2022 20:42:00 | Community Medical Center, P.O. Box 903, Oceanport, NJ 07757-0903 |
| 519557044 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 29 2022 20:41:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 519557045 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 29 2022 20:41:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 519557043 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 29 2022 20:41:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 519557046 | + | EDI: CCS.COM | Jun 30 2022 00:38:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519557047 | + | EDI: CCS.COM | Jun 30 2022 00:38:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 519557049 | + | Email/Text: SJ.STRADER@doveroilcompany.com | Jun 29 2022 20:41:00 | Dover Oil Co., 239 Dover Road, Toms River, NJ 08757-5142 |
| 519557053 | + | Email/Text: FirstProgressCorrespondence@acttoday.com | Jun 29 2022 20:41:00 | First Progress, Attn: Bankruptcy, Po Box 9053, Johnson City, TN 37615-9053 |
| 519557056 | ^ | MEBN | Jun 29 2022 20:40:55 | Geico Indemnity Company, One Geico Plaza, Bethesda, MD 20810-0002 |
| 519557067 | | EDI: IRS.COM | Jun 30 2022 00:38:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519635573 | | EDI: JEFFERSONCAP.COM | Jun 30 2022 00:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 519557081 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 29 2022 20:41:00 | NJ E-Zpass, PO Box 4971, Trenton, NJ 08650 |
| 519557083 | + | Email/Text: OMCbankruptcy@hackensackmeridian.org | Jun 29 2022 20:42:00 | Ocean Medical Center, 425 Jack Martin Blvd., Brick, NJ 08724-7732 |
| 519557088 | + | Email/Text: bankruptcy@onlineis.com | Jun 29 2022 20:42:00 | Online Collections, Pob 1489, Winterville, NC 28590-1489 |
| 519557087 | + | Email/Text: bankruptcy@onlineis.com | Jun 29 2022 20:42:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 519557095 | ^ | MEBN | Jun 29 2022 20:41:33 | RMP, LLC, PO Box 630844, Cincinnati, OH 45263-0844 |
| 519557094 | + | Email/Text: clientservices@remexinc.com | Jun 29 2022 20:41:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519557093 | + | Email/Text: clientservices@remexinc.com | Jun 29 2022 20:41:00 | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 519557096 | | Email/Text: ebn@rwjbh.org | Jun 29 2022 20:42:00 | Saint Barnabas Medical Center, PO Box 29960, New York, NY 10087-9960 |
| 519557097 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 29 2022 20:42:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 519557098 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 29 2022 20:42:00 | Santander Consumer USA, Po Box 961211, Fort Worth, TX 76161-0211 |
| 519557100 | | Email/Text: bkteam@selenefinance.com | Jun 29 2022 20:41:00 | Selene Finance, 9990 Richmond, Suite 400 South, |

Case 22-13055-MBK    Doc 19    Filed 07/01/22    Entered 07/02/22 00:13:38    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: 148 | Total Noticed: 105 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Houston, TX 77042-4546 |
| 519557102 | + | Email/Text: bankruptcy@sw-credit.com | Jun 29 2022 20:41:00 | Southwest Credit Systems, 4120 International Parkway, Carrollton, TX 75007-1958 |
| 519557101 | + | Email/Text: bankruptcy@sw-credit.com | Jun 29 2022 20:41:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 519557106 | | Email/Text: bankruptcydepartment@tsico.com | Jun 29 2022 20:42:00 | Transworld Systems Inc., PO Box 15609, Wilmington, DE 19850-5609 |
| 519635395 | + | EDI: AIS.COM | Jun 30 2022 00:38:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519557109 | + | EDI: VERIZONCOMB.COM | Jun 30 2022 00:38:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 519557110 | + | EDI: VERIZONCOMB.COM | Jun 30 2022 00:38:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 519557108 | + | EDI: VERIZONCOMB.COM | Jun 30 2022 00:38:00 | Verizon, P.O. Box 4833, Trenton, NJ 08650-4833 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519558468 | | Darlene Phonex |
| 519557030 | * | BCA Financial Services, Inc., 18001 Old Cutler Rd, Ste 462, Miami, FL 33157-6437 |
| 519557060 | * | Gem Recovery Systems, PO Box 85, Emerson, NJ 07630-0085 |
| 519557054 | ##+ | First Progress, P.o. Box 84010, Columbus, GA 31908-4010 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association ajennings@raslg.com |
| Shannon Burrini | on behalf of Creditor Pro Cap 8 LLC by its Custodian US Bank shannonb@procapllc.onmicrosoft.com |
| U.S. Trustee | |

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: 148 | Total Noticed: 105 |

                USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
                on behalf of Debtor Jonathan H. Erving courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 5